## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES LLOYD JONES,** | ) | |
| | ) | **Case No. 13 CV 8993** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **The Honorable Judge Milton I. Shadur** |
| **DUPAGE COUNTY SHERIFF'S** | ) | |
| **OFFICE,** | ) | |
| | ) | **Magistrate Judge Mary M. Rowland** |
| Defendants. | ) | |

### AGREED ORDER

Plaintiff, James L. Jones, by and through his appointed attorneys, Darren B. Watts, Esq., and Troy M. Sphar, Esq., of Swanson, Martin & Bell, LLP, and the Defendant, the DuPage County Sheriff's Office, by and through its counsel, William R. Roberts, Esq., Paul Frances Bruckner, Esq., and Lisa A. Smith, Esq., of the DuPage County States Attorney's Office, hereby respectfully submit this proposed Agreed Order relative to scheduling in this Lawsuit, as follows:

Plaintiff James L. Jones is granted leave to file a First Amended Complaint on or before October 28, 2014. Defendant is given twenty-one (21) days after receipt of the First Amended Complaint to file its Response. Status hearing that had been set for November 6, 2014, at 9:00 A.M. is vacated and reset to ~~November~~ December 5, 2014, at 9:00 A.M. Mailed notice.

Entered: *October 22, 2014*

*Milton I. Shadur*

**UNITED STATES DISTRICT JUDGE**
**MILTON I. SHADUR**