UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 8993 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| DUPAGE COUNTY SHERIFF'S OFFICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, DuPage County Sheriff's Office, by and through its attorney, Robert Berlin, State's Attorney of DuPage County, and his Assistants, Gregory Vaci, William Roberts and Lisa Smith and pursuant to Rule 56 and Local Rule 56.1 of the Federal Rules of Civil Procedure, moves this Honorable Court to grant summary judgment in favor of Defendant on the grounds that no genuine issue as to any material fact exists and that Defendant is entitled to judgment as a matter of law. In support of its motion, Defendant states as follows:

1. In his one- Count Second Amended Complaint, Plaintiff alleges that the DuPage County Sheriff's Office retaliated against him for engaging in protected activity under the Americans with Disabilities Act

2. Defendant is entitled to summary judgment on Plaintiff's retaliation claim because the undisputed material facts demonstrate that Plaintiff cannot meet his burden

of proof regarding said claim against Defendant.

3. In support of its motion for summary judgment, Defendant submits a Statement of Uncontested Material Facts with attached exhibits and a memorandum of law in support of said motion as required by Local Rule 56.1.

WHEREFORE, Defendant respectfully requests that this Court grant its motion for summary judgment in its entirety and dismiss the retaliation claim against Defendant for the reasons stated in its motion for summary judgment and supporting memoranda.

                Respectfully submitted,

                ROBERT BERLIN
                State's Attorney of DuPage County

BY:   S/Gregory Vaci
       #6204697
       Assistant State's Attorney
       503 N. County Farm Rd.
       Wheaton, Illinois 60187
       (630) 407-8221